02CR441

March 6, 2006

Dear Judge Raggi:

To: Mr. Reese
The court has no recollection of the letter
s/Reena Raggi
3/16/06

Please allow me to thank you for your timely response to my recent letter. Your response, however, indicated only that the letter that I referred to was not "located." I am unclear on whether your Honor has any recollection of receiving or reviewing such a letter. I should explain why this matter is of importance.

On August 16, 2002, I entered a plea of guilty before your Honor to wire fraud, and conspiracy to commit the same. At the end of the proceeding, your Honor invited me to provide an explanation, prior to sentencing, of why I reverted to criminal activity. In a letter dated February 28, 2003, I endeavored to do so. On May 28, 2003, the government asked Judge Gleeson to accord a two level enhancement for obstruction of justice, arguing that the letter contained false statements. While Judge Gleeson denied the government's request for an enhancement, he denied me any reduction for acceptance of responsibility, characterizing the events detailed in my February 28, 2003 letter false.

J+F

My former attorney, Mr. Jacobs, made a decision to withdraw the February 28, 2003 letter rather than argue the truthfulness of the letter. Since I sought no leniency in submitting the letter, I deferred to his judgment on that. Moreover, since your Honor was no longer the presiding Judge, your Honor's invitation was essentially off the table.

I have since challenged the characterization of the facts in the February 28, 2003 letter on 60th direct appeal, and in an impending §2255 motion.

Your Honor may be a witness to the letter's truthfulness, if your Honor has a recollection of being privy to the facts underlying the letter some three years prior to the February 28, 2003 letter. It is your Honor's viability as a witness that I am hereby attempting to assess. Of course, if your Honor has no recollection of the April 2000 correspondence, which referenced calls to 911, that ends the inquiry.

Your Honor's indulgence and assistance in this matter will be greatly appreciated.

Very Truly Yours,

[signature]