**From:** David Stern
**Sent:** Wednesday, January 21, 2015 9:34 AM
**To:** Lucas Anderson
**Subject:** FW: Chris Reese

**From:** Nat Robinson [mailto:nuggnat@aol.com]
**Sent:** Tuesday, January 20, 2015 9:14 PM
**To:** David Stern
**Subject:** Chris Reese

# United States v. Thomas, 02-CR-441 (JG)
Jan 20, 2015, 8:50 PM

---

CHRISTOPHER E. REESE-THOMAS

REGISTER NO. 17878-083
METROPOLITAN CORRECTIONAL CENTER
150 PARK ROW
NEW YORK, NEW YORK 10007

---

January 20, 2015

The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Christopher Thomas, Docket No. 02-CR-441 (JG)

Dear Judge Gleeson:

The parties in this case are scheduled to appear before the Court on January 23, 2015. For the reasons that follow, however, the undersigned respectfully request that this matter be adjourned until February 27, 2015.

As your Honor may recall from our last appearance, the undersigned requested an opportunity to brief whether the Government had satisfied its burden of proving that the alleged conduct violated New York State Penal Law inasmuch as the alleged place of occurrence was a "private premises" and not a "public place," nor was it visible from a "public place." The Court granted the application to brief the issue, and directed that the undersigned confer with counsel on the legal issues and that any submission be made by counsel. In keeping with your Honors directive, on December 18, 2014, the undersigned forwarded to defense counsel -- David Stern, Esq., ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP, 100
LAFAYETTE STREET, SUITE 501, NEW YORK, NEW YORK 10013 -- a memorandum detailing the issues to be presented to
the Court by and through counsel. At approximately 6:30 this evening, the mail was returned to the undersigned marked "Return to Sender/Not Deliverable as Addressed/Unable to Forward."

The undersigned has had no contact with counsel since the last appearance. Since counsel has not had chance to review the legal analysis prepared by the undersigned, an adjournment is both appropriate and warranted. I sincerely apologize to the Court for any inconvenience resulting from this request. The Court's indulgence and assistance in this matter will be greatly appreciated.

A copy of this application is being forwarded to both defense counsel and the Government by email.

Respectfully submitted,

_____
CHRISTOPHER E. REESE-THOMAS

cc: David Stern, Esq. (via email: dstern@rssslaw.com)
Alicyn L. Cooley, AUSA (via email: alicyn.cooley@doj.gov)