# Law Offices of Joel B. Rudin, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

HARAN TAE
JACOB "COBY" LOUP
MATTHEW A. WASSERMAN

GEORGE R. GOLTZER
(Of Counsel)

PARTHA SHARMA
(Paralegal)

April 28, 2020

**Via ECF**
Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    *United States v. Christopher Reese-Thomas*
             Case No. 02-cr-441 (AMD)

Dear Judge Donnelly:

     I represent Christopher Reese, pro bono, in his request for a reduction in sentence under 18 U.S.C. § 3582(c) in this case and SDNY case number 12-cr-629 (VM). I respectfully request that this Court defer ruling on Mr. Reese's pro se motion for emergency compassionate release until I can supplement it with further evidence and legal argument. I am currently collecting records related to Mr. Reese's medical history as well as his attempts to exhaust administrative remedies.[1] I intend to file a supplemental motion, at the latest, by Friday, May 8—30 days after Mr. Reese's initial request to the warden for COVID-19 related release to home confinement.

                             Respectfully submitted,
                             /s/
                             Matthew A. Wasserman

cc:     AUSA Andrew Wang (by ECF)

---

[1] The medical records I have thus far obtained indicate that Mr. Reese suffers from congestive heart failure, hypertension, diabetes, and asthma. Each of these is a medical condition that courts have relied upon, on its own or in combination with other factors, in granting release since the start of the COVID-19 pandemic. *See, e.g.*, *United States v. Bess*, 16-cr-156, 2020 WL 1940809, at *8–11 (W.D.N.Y. Apr. 22, 2020) (congestive heart failure, diabetes, and hypertension); *United States v. Zukerman*, 16 Cr. 194 (AT), 2020 WL 1659880, at *4–6 (S.D.N.Y. Apr. 3, 2020) (diabetes and hypertension); *United States v. Hernandez*, 18 Cr. 834-04 (PAE), 2020 WL 1684062, at *3–4 (S.D.N.Y. Apr. 2, 2020) (asthma).