** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                    REMOTE CSID        DURATION    PAGES    STATUS
May 2, 2020 at 7:03:10 PM EDT    BOP Inmate         41          1        Received
05/02/2020 18:02                 BOP Inmate  917-727-9194                P 1

Case 1:02-cr-00441-AMD   Document 275   Filed 05/04/20   Page 1 of 1 PageID #: 630

MAY 2, 2020

THE HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

Re: United States v. Christopher E. Reese-Thomas, Docket No. 02-CR-441 (AMD)

Dear Judge Donnelly:

    This letter is submitted to clarify representations made regarding my pre-release status. In my letter dated April 15, 2020, I advised the Court that I had been "recommended" for transfer to a Residential Reentry Center and home confinement for a period of six months. By letter dated April 17, 2020, I advised the Court that I had signed (at the request of my case manager) documents needed to effectuate my transfer to a Residential Reentry Center and home confinement. Notably, inmates who will not be approved for such transfers are not requested to sign such documents. On April 30, 2020, the Government informed the Court that I had not been approved by the warden for transfer. On that same day, by letter, I replied relaying information that I believed I had been provided by my case manager. Specifically, based on a conversation I had with my case manager, wherein he stated "you are just waiting on a date," I presumed that the transfer had already been approved by the warden since release dates are issued by the Designation and Sentence Computation Center in Grand Prairie, Texas, after a transfer recommendation has been approved and cleared at the institutional level.

    This afternoon, in an effort to ensure my understanding that I had been approved for transfer at the institution level, I inquired of my case manager (Z. Albright) as to whether my release packet had been approved by the warden. Mr. Albright advised that my release packet is currently with the Case Management Coordinator (Mr. Beaver), and that "it will be approved by the warden, it just took so long because of the relocation request." Mr. Albright further advised that it will likely be approved "this week."

    In view of the foregoing, I write to advise that it is now my understanding that my recommended transfer to a Residential Reentry Center and home confinement has not yet been approved by the warden, but "will be" in the not-to-distant future.

Respectfully submitted,

/s/ Christopher E. Reese-Thomas

_____
CHRISTOPHER E. REESE-THOMAS
REGISTER NO. 17878-083
L.S.C.I. ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

cc: Andrew Wang, AUSA
    Matthew Wasserman, Esq.